UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**James Stevenson Suggs**
S.S. No.: xxx-xx-3976
Mailing Address: 1805 Buckhorn Road, Mebane, NC 27302-

Case No. 10-82331

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on December 30, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 20, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
―――――――――――――――――――――――
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

| CH. 13 PLAN - DEBTS SHEET (EASTERN OR MIDDLE DISTRICT - DEBT BUSTER) | | Date: | 4/7/10 |
|---|---|---|---|
| | | Lastname-SS#: | Suggs-3976 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| American General | 100 Pleasant Court |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS ON RETAINED COLLATERAL

| | Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|---|
| Retain | N/A | | |
| | | | |
| | | | |
| | | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### STD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |

### STD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ATTORNEY FEES (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,000 |
| **SECURED TAXES** | **Secured Amount** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | $400 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |
| **CO-SIGN PROTECT (Pay 100% Int.%)** | **Payoff Amount** |
| N/A | |
| **GENERAL NON-PRIORITY UNSEC** | **Amount to Pay*** |
| DMI = None($0) | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **99** /mo for **36** months, then

$ **N/A** /mo for **N/A** months.**

### Definitions

Sch D # = The number of the secured debt as listed on Schedule D.
Int. Rate = Interest Rate = Trustee's rate = Till rate.
Adequate Protection = Monthly 'Adequate Protection' payment amt
* = DMI x total no. of months of plan
** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.
Chap13_Plan_Debt_Buster (rev. 2/22/07) © John T Orcutt (Page 4 of 4)

**Other Miscellaneous Provisions**

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Eastern Carolina Medical Ctr.<br>1 Medical Drive<br>Benson, NC 27504 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Accounts Receivable Management, Inc<br>Post Office Box 129<br>Thorofare, NJ 08086-0129 | Equable Ascent Financial, LLC<br>1120 W. Lake Cook Road Ste. B<br>Buffalo Grove, IL 60089-1970 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American General Financial Services<br>2576 Timber Drive<br>Garner, NC 27529 | H & R Block<br>1323 Mebane Oaks Road<br>Mebane, NC 27302 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | HSBC Bank<br>Post Office Box 5253<br>Carol Stream, IL 60197-5253 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Central Credit Services, Inc<br>Post Office Box 15118<br>Jacksonville, FL 32239-5118 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | Iris Baughman Suggs<br>215 Skeet Range Road<br>Angier, NC 27501 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | David A. Simpson, P.C. Substitute Trustee<br>Attorney at Law<br>2701 Coltsgate Road<br>Suite 300<br>Charlotte, NC 28211-3594 | Johnston County Public Utilities<br>Post Office Box 2234<br>Smithfield, NC 27577 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Discover<br>Post Office Box 30943<br>Salt Lake City, UT 84130-0943 | Johnston County Tax Collector<br>Post Office Box 368<br>Smithfield, NC 27577-0368 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Discover Card<br>Post Office Box 3008<br>New Albany, OH 43054-3008 | Johnston County Tax Collector**<br>Post Office Box 451<br>Smithfield, NC 27577-0451 |

Michael Andrews & Associates LLC
PO Box 3875
Southfield, MI 48037-3875

Rogers Townsend & Thomas, PC
Attorneys for David A. Simpson, P.C.
Substitute Trustee
2550 West Tyvola Rd, Ste 520
Charlotte, NC 28217

Midland Credit Management
Department 12421
Post Office Box 603
Oaks, PA 19456

Teresa Phillips
C/o Rogers Townsend & Thomas, PC
2701 Coltsgate Road
Suite 300
Charlotte, NC 28211

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Orange County Tax Collections**
PO Box 8181
Hillsborough, NC 27278

Wells Fargo
Asset Recovery Group
1460 Northwest Vivion Road
Eastbrook Park
Kansas City, MO 64118

Pinnacle Financial Group***
7825 Washington Avenue South
Suite 310
Minneapolis, MN 55439-2409

Wells Fargo Auto Finance
Asset Recovery Management West
Post Office Box 30095
Walnut Creek, CA 94598-0095

Power Tax Relief
1700 Burbank Blvd
North Hollywood, CA 91605

Professional Recovery Consultants
2700 Meridian Parkway Suite 200
Durham, NC 27713-2204

Rogers Townsend & Thomas, PC
2701 Coltsgate Road
Suite 300
Charlotte, NC 28211