UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**James Stevenson Suggs**

Social Security No. xxx-xx-3976
Address: 1805 Buckhorn Road, Mebane, NC 27302-

Case No. 10-82331
Chapter 13

Debtor

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor INTERNAL REVENUE SERVICE and dated January 28, 2011, for the following reasons:

1. The Debtor previously entered into an offer in compromise with the Internal Revenue Service on September 9, 2010. A copy of said offer in compromise is attached to this Objection as "Exhibit A"

2. Per the terms of the offer in compromise, the Debtor paid a total of $500.00 pre-petition, satisfying the terms and condition of the offer, and eliminating any liability owed to the Internal Revenue Service of tax years 2004, 2006 and 2007.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the claim of the Internal Revenue Service

Dated: _2/21/2011_____

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Koury Hicks
Koury Hicks
N.C. State Bar No. 36204
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. 9/28/10)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**James Stevenson Suggs**

Case No. 10-82331
Chapter 13

Social Security No. xxx-xx-3976
Address:1805 Buckhorn Road, Mebane, NC 27302-

Debtor

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on February 22, 2011 . I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

ERIC H. HOLDER JR.,
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

DAVID A HUBBERT
United States Department of Justice
Tax Division
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

INTERNAL REVENUE SERVICE
**Attn: Managing Agent**
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
ATTN KATHY GRIFFIN
320 FEDERAL PL, RM 335
GREENSBORO, NC 27401

United States District Attorney' Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC 27402

U.S. Bankruptcy Administrator

Richard Hutson II
Chapter 13 Trustee

s Renee Nolte
Renee Nolte